UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19cr60169-Moreno/Seltzer

18 U.S.C. § 1543
18 U.S.C. § 1546(a)

UNITED STATES OF AMERICA

vs.

**CHARLES E. KUTI,**

       Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Use of a False Passport**
**(18 U.S.C. § 1543)**

On or about January 9, 2019, in Broward County, in the Southern District of Florida, the defendant,

**CHARLES E. KUTI,**

did willfully and knowingly use, and attempt to use, a false, forged, counterfeited and altered passport, and instrument purporting to be a passport, that is, a Sierra Leonean passport in the name of "J.T.," in that the defendant used said passport to open an account at Wells Fargo Bank, N.A., in violation of Title 18, United States Code, Section 1543.

### COUNT 2
**Use of a False Passport**
**(18 U.S.C. § 1543)**

On or about January 24, 2019, in Broward County, in the Southern District of Florida, the defendant,

**CHARLES E. KUTI,**

did willfully and knowingly use, and attempt to use, a false, forged, counterfeited and altered passport, and instrument purporting to be a passport, that is, a Sierra Leonean passport in the name of "J.T.," in that the defendant used said passport to open an account at Regions Bank, in violation of Title 18, United States Code, Section 1543.

### COUNT 3
### Use of a False Passport
### (18 U.S.C. § 1543)

On or about February 7, 2019, in Broward County, in the Southern District of Florida, the defendant,

**CHARLES E. KUTI,**

did willfully and knowingly use, and attempt to use, a false, forged, counterfeited and altered passport, and instrument purporting to be a passport, that is, a Sierra Leonean passport in the name of "J.T.," in that the defendant used said passport to attempt to withdraw funds from an account at Regions Bank, in violation of Title 18, United States Code, Section 1543.

### COUNT 4
### Possession of a False Visa
### (18 U.S.C. § 1546(a))

On or about February 7, 2019, in Broward County, in the Southern District of Florida, the defendant,

**CHARLES E. KUTI,**

did knowingly possess a document prescribed by statute and regulation for entry into the United States, that is, a United States visa in the name of "J.T.," knowing it to be forged, counterfeited, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 5
### Possession of a False Visa
### (18 U.S.C. § 1546(a))

On or about February 7, 2019, in Broward County, in the Southern District of Florida, the defendant,

**CHARLES E. KUTI,**

did knowingly possess a document prescribed by statute and regulation for entry into the United States, that is, a United States visa in the name of "T.S.B.," knowing it to be forged, counterfeited, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
ARIMENTHA R. WALKINS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

CHARLES E. KUTI,

_____ **Defendant. /**   **Superseding Case Information:**

**Court Division**: (Select One)   New Defendant(s)  _____
                                   Number of New Defendants _____
  Miami _____ Key West _____     Total number of counts _____
  FTL   X    WPB _____ FTP _____

  I do hereby certify that:

  1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

  2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

  3. Interpreter:     (Yes or No)    NO
     List language and/or dialect    _____

  4. This case will take  3   days for the parties to try.

  5. Please check appropriate category and type of offense listed below:
     (Check only one)                                          (Check only one)

     I    0 to 5 days          X              Petty     _____
     II   6 to 10 days         _____         Minor     _____
     III  11 to 20 days        _____         Misdem.   _____
     IV   21 to 60 days        _____         Felony      X
     V    61 days and over

  6. Has this case been previously filed in this District Court? (Yes or No)  No
  If yes:
  Judge: _____   Case No. _____
  (Attach copy of dispositive order)
  Has a complaint been filed in this matter?   (Yes or No)   No
  If yes:   Magistrate Case No.
  Related Miscellaneous numbers: _____
  Defendant(s) in federal custody as of _____
  Defendant(s) in state custody as of   February 7, 2019
  Rule 20 from the
                                        District of _____

  Is this a potential death penalty case? (Yes or No)  _____ Yes   X   No

  7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes    No  X

  8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes    No  X

                                         *A. R. Walkins* (signature)
                                         ARIMENTHA R. WALKINS
                                         ASSISTANT UNITED STATES ATTORNEY
                                         Fla Bar #: 0897787

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>**CHARLES E. KUTI**</u>

**Case No:** _____

Counts #: 1-3

<u>Use of a False Passport</u>

<u>Title 18, United States Code, Section 1543</u>

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 4-5

<u>Possession of a False Visa</u>

<u>Title 18, United States Code, Section 1546(a)</u>

**\*Max. Penalty:** 10 Years' Imprisonment

\* **Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**